UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 CR 686 |
| | ) | Judge NAN R. NOLAN |
| VINCENZO DI GIORGI | ) | |

## PROTECTIVE ORDER

This Court hereby orders that the distribution of information produced by the government in this matter be limited to defense counsel, the defendant, and employees of defense counsel's firm directly involved in this matter. The Court prohibits defense counsel and employees of defense counsel's firm from: (1) allowing the defendant to maintain possession of any materials produced by the government in this case; and (2) making additional copies of any materials produced by the government in this case except for those copies specifically necessary for and used in connection with these court proceedings. The Court also prohibits defense counsel, the defendant, and members of defense counsel's firm directly involved in this matter from orally describing or giving copies of any information produced by the government in this case to any individual beyond this limited group. This prohibition extends to, among others, the defendant's family and friends.

SO ORDERED: _____
NAN R. NOLAN, Magistrate Judge
United States District Court

DATED: 10/09/08